UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIGUEL AMEZOLA,<br><br>                      Plaintiff,<br><br>vs.<br><br>BENTON COUNTY CORRECTIONAL CENTER,<br><br>                      Defendant. | NO. CV-13-0239-LRS<br><br>ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING COMPLAINT |

By Order filed August 16, 2013, the Court directed Plaintiff, a prisoner detained at the Northwest Detention Center in Tacoma, Washington, to either comply with 28 U.S.C. § 1915(a)(2), which requires prisoners who seek to bring a civil action without prepayment of the filing fee to submit a certified copy of their trust fund account statement (or institutional equivalent) for the 6-months immediately preceding the filing of the complaint on June 24, 2013, or to pay the applicable fee of $400.00 ($350.00 filing fee plus $50.00 administrative fee) to commence this action under 28 U.S.C. § 1914. Plaintiff did not comply and has filed nothing further in this action.

The Ninth Circuit has determined that the filing fee provisions of 28 U.S.C. § 1915 do not apply to an alien detainee appealing a BIA decision so long as the detainee is also not facing criminal charges. *Agyeman v. INS*, 296 F.3d 871, 885–85 (9th Cir. 2002). Here, Mr. Amezola, did not specify the nature of his current detention. Indeed, he indicated on the *in forma pauperis* application that his is not currently incarcerated,

ORDER DENYING IN FORMA PAUPERIS STATUS AND DISMISSING COMPLAINT -- 1

but then proceeded to complete and sign the form, including an acknowledgment and authorization regarding his obligation to pay the $350.00 filing fee. In addition, on the complaint form, Mr. Amezola is seeking to challenge the conditions of his confinement while he was a prisoner at the Benton County Jail. Therefore, the Court will presume Plaintiff is a "prisoner" for purposes of the filing fee provisions of 28 U.S.C. § 1915.

Having failed to comply with the Court's directive, **IT IS ORDERED** Plaintiff's application to proceed *in forma pauperis* is **DENIED** for failure to comply with 28 U.S.C. § 1915(a)(2) and this action is **DISMISSED without prejudice** for failure to pay the filing fee under 28 U.S.C. § 1914.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment and forward a copy to Plaintiff at his last known address. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this   17th   day of September, 2013.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING COMPLAINT -- 2